Craig H. Howe (#7552)
James W. Anderson (#9829)
**MILLER GUYMON, P.C.**
165 South Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
howe@millerguymon.com
anderson@millerguymon.com

Attorneys for Plaintiff

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **In re:**<br><br>**ATLAS MARKETING GROUP, L.C.,**<br><br>Debtor. | **Bankruptcy Case No. 08-20225 JTM**<br><br>**Chapter 7** |
| **DAVID MILLER,** in his capacity as Chapter 7 Trustee for Atlas Marketing Group, L.C.**,**<br><br>Plaintiff,<br><br>v.<br><br>**DOUG ROBINSON,** an individual; **JEFFREY MENDEZ**, an individual; **CASEY BAUGH**, an individual; and **DAVID FORCE**, an individual,<br><br>Defendants. | **STIPULATED MOTION TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE**<br><br>**Adversary Proceeding No. 10-02908**<br><br>**(Filed Electronically)** |

Plaintiff, David Miller, in his capacity as Chapter 7 Trustee for Atlas Marketing Group, L.C., and Defendants, Doug Robinson, Jeffrey Mendez, Casey Baugh, and David Force, hereby respectfully stipulate and move that the above-referenced adversary proceeding, and all claims asserted herein, be dismissed with prejudice, the parties to bear their respective attorneys' fees and costs. The parties state that the claims in this adversary proceeding have been settled and that an order approving the settlement was entered in the bankruptcy case on April 19, 2013 [Dkt. #165]. Accordingly, the parties respectfully request that the Court grant this Motion and enter the accompanying proposed Order of Dismissal With Prejudice submitted herewith.

DATED this 20th day of May 2013.

MILLER GUYMON, P.C.


 /s/ Craig H. Howe
Craig H. Howe
James W. Anderson
Attorneys for Plaintiff



CLYDE SNOW & SESSIONS


/s/ Matthew A. Steward
Matthew A Steward
Attorneys for Defendants

2

## CERTIFICATE OF SERVICE

I hereby certify that, on the 20th day of May 2013, a true and correct copy of the foregoing **STIPULATED MOTION TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE** was served on the following by U.S. first-class mail, postage prepaid:

Matthew A. Steward, Esq.
*Clyde Snow & Sessions*
One Utah Center, 13th Floor
201 South Main Street
Salt Lake City, UT 84111-2216

/s/ Craig H. Howe