**Prepared and Submitted by:**

Craig H. Howe (#7552)
James W. Anderson (#9829)
**MILLER GUYMON, P.C.**
165 South Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
howe@millerguymon.com
anderson@millerguymon.com

Attorneys for Plaintiff

## IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **In re:** <br><br> **ATLAS MARKETING GROUP, L.C.,** <br><br> Debtor. | **Bankruptcy Case No. 08-20225 JTM** <br><br> **Chapter 7** |
| **DAVID MILLER,** in his capacity as Chapter 7 Trustee for Atlas Marketing Group, L.C.**,** <br><br> **Plaintiff,** <br><br> v. <br><br> **DOUG ROBINSON,** an individual; **JEFFREY MENDEZ**, an individual; **CASEY BAUGH**, an individual; and **DAVID FORCE**, an individual, <br><br> **Defendants.** | **ORDER OF DISMISSAL WITH PREJUDICE** <br><br> **Adversary Proceeding No. 10-02908** <br><br> **(Filed Electronically)** |

Based on the Stipulated Motion to Dismiss Adversary Proceeding With Prejudice, (the "Motion"), and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1.     The Motion is GRANTED.

2.     This adversary proceeding and all claims asserted herein are hereby dismissed with prejudice, the parties to bear their respective attorneys' fees and costs.

---------------------------------- END OF DOCUMENT -------------------------------

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER OF DISMISSAL WITH PREJUDICE** shall be served on the parties and in the manner designated below:

**By Electronic Service**: I certify that the parties of record in this proceeding, as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

Craig H. Howe, howe@millerguymon.com

James W. Anderson, anderson@millerguymon.com

**By U.S. Mail**: In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b):

Matthew A. Steward, Esq.
Clyde Snow & Sessions
One Utah Center, 13th Floor
201 South Main Street
Salt Lake City, Utah 84111-2216

/s/ Craig H. Howe

3